UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21302-COOKE/TORRES

JOEY MALVAES,
a Florida resident,

      Plaintiff,

v.

CONSTELLATION BRANDS, INC., a Delaware corporation, CROWN IMPORTS, LLC, a Delaware limited liability company, and SAM'S EAST, INC., an Arkansas corporation d/b/a SAM'S CLUB,

      Defendants.
_____/

## PLAINTIFF'S FACT WITNESS LIST IN COMPLIANCE WITH ORDER SETTING CIVIL TRIAL AND PRETRIAL SCHEDULE [DE 27]

Plaintiff, JOEY MALVAES, through undersigned counsel and pursuant to this Court's Order Setting Civil Trial and Pretrial Schedule [DE 27], hereby files his Fact Witness List as follows:

1. Joey Malvaes
   c/o Plaintiff's attorney

2. Stephanie Padron-Malvaes
   2960 SW 12th Street
   Miami, FL 33135

CASE NO. 13-CIV-24369-ALTONAGA

3. Ramon Morales
   2315 NW 23 Avenue
   Miami, FL 33142

4. Maria Santana
   7945 Embassy Blvd.
   Miramar, FL 33023

5. Eloy Santana
   7945 Embassy Blvd.
   Miramar, FL 33023

6. Manuel Malvaes
   1033 SW 11th Street
   Miami, FL 33129

7. Medical Records Custodian
   Mercy Hospital
   3663 South Miami Avenue
   Miami, FL 33133

8. Medical Records Custodian and/or
   Tarik Husain, MD
   4308 Alton Road, Suite 940
   Miami Beach, FL 33140

9. Medical Records Custodian and/or
   Hoang Tran, OT/L CHT
   6555 NW 36th Street, Suite 106
   Miami, FL 33166

10. Corporate Representative
    Constellation Brands, Inc.
    C/O counsel for Defendant

11. Corporate Representative
    Crown Imports, LLC

CASE NO. 13-CIV-24369-ALTONAGA

12. Corporate Representative
    Sam's East, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2014, the undersigned counsel served the foregoing through the CM/ECF electronic filing system upon on all counsel on the attached service list.

By: ***s/NICHOLAS I. GERSON***
NICHOLAS I. GERSON, ESQ.
Bar Number: 20899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
Attorneys for Plaintiff

CASE NO. 13-CIV-24369-ALTONAGA

## SERVICE LIST

**Joey Malvaes v. Constellations Brands, Inc. et. al.**
**United States District Court, Southern District of Florida**

**Case No.: 14-CV-21302-CIV-COOKE/TORRES**

| | |
|---|---|
| Philip M. Gerson Esq.<br>pgerson@gslawusa.com<br>Gerson & Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Edward S. Schwartz<br>eschwartz@gslawusa.com<br>Gerson & Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Nicholas I. Gerson, Esq.<br>ngerson@gslawusa.com<br>Gerson & Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff* | Ana Alexander, Esq.<br>miacrtpleadings@wickersmith.com<br>Constantine G. Nickas, Esq.<br>Wicker, Smith, O'Hara ,<br>McCoy & Ford, P.A.<br>2800 Ponce de Leon Blvd.<br>Suite 800<br>Coral Gables, FL 33134<br>Telephone: (305) 448-3939<br>Facsimile: (305) 441-1745<br>*Attorneys for Defendants*<br>*Constellation Brands, Inc.,*<br>*Crown Imports, LLC and Sam's East,*<br>*Inc.* |