UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21302-COOKE/TORRES

JOEY MALVAES,

    Plaintiff,

vs.

CONSTELLATION BRANDS, INC.,
a Delaware corporation,
CROWN IMPORTS, LLC,
a Delaware limited liability company,
and SAM'S EAST, INC.,
an Arkansas corporation d/b/a
SAM'S CLUB,

    Defendants.
_____/

## PLAINTIFF'S AMENDED TRIAL EXHIBITS

Plaintiff, JOEY MALVAES, through undersigned counsel and pursuant to this Court's Order Setting Civil Trial and Pretrial Deadlines [DE 27], hereby files his Amended Trial Exhibit List as follows:

### INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| A. | Authenticity | UP. | Prejudice outweighs probative |
| I. | Contains Inadmissible Matter | P. | Privileged |
| R. | Relevancy | N. | No Objection |
| H. | Hearsay | S. | Subsequent Remedial Measures |
| C. | Rule 403-Cumulative | R26 | Not properly disclosed under Fed.R.Civ.P.26 |

CASE NO. 13-CIV-24369-COOKE

| No. | Description | Objections | Admitted |
|-----|-------------|------------|----------|
| 1. | Medical Records of Mercy Hospital | | |
| 2. | Medical records of Tarik Husain, MD/Mosa Surgery | | |
| 3. | Medical records of Hands on Therapy | | |
| 4. | Medical records of Guillermo Martinez, MD/Miami Neurology & Rehabilitation Specialists | | |
| 5. | Medical bills of Mercy Hospital | | |
| 6. | Medical bills of Tarik Husain, MD/Mosa Surgery | | |
| 7. | Medical bills of Hands on Therapy | | |
| 8. | Medical bills of Michael Hughes, MD/Hughes Family Psychiatry Center, PA | | |
| 9. | Medical bills of Guillermo Martinez, MD/Miami Neurology & Rehabilitation Specialists | | |
| 10 | Medical bills summary | | |
| 11 | Plaintiff's Income Tax Returns for the years 2008 - 2013 | | |
| 12 | Sam's Club Receipt | | |
| 13 | Photographs depicting surgery performed and depicting Plaintiffs injuries | | |
| 14 | Before and after photographs of Plaintiff and family members | | |
| 15 | Mortality Tables | | |
| 16 | Report of Elizabeth Ann Ouellette, MD | | |

CASE NO. 13-CIV-24369-COOKE

| | | | |
|---|---|---|---|
| 17 | Report and Supplemental Report of Jim Goldman | | |
| 18 | Affidavit of Thomas Read attached to Defendant's motion for summary judgment. | | |
| 19 | Design drawings of the Corona bottle | | |
| 20 | Press releases from Constellation Brands, Inc. website. | | |
| 21 | Corona video clips | | |
| 22 | Photographs of the subject Corona bottle | | |
| 23 | Cooler in the subject Corona bottle | | |
| 24 | Exemplar bottle of Corona Extra bottle | | |
| 25 | Exemplar Modelo beer bottle | | |
| 26 | Exemplar Coca Cola bottle | | |
| 27 | Photographs of other Corona bottles | | |
| 28 | Photographs of Corona extra bottles before design change | | |
| 29 | Photographs of remaining pieces of other Corona bottles | | |
| 30 | Consumer emails and complaints re: Corona bottles. | | |
| 31 | Excel spreadsheets referring to consumer complaints of exploding Corona bottles | | |
| 32 | Screen shot of Corona website. | | |
| 33 | Photographs of ice maker at Coral Reef Yacht Club | | |

3

| | | | |
|---|---|---|---|
| 34 | Exemplar ice cubes from the Coral Reef Yacht Club ice maker | | |
| 35 | Crown spreadsheet in Krystal Gonzales's email referring to prior incidents. | | |
| 36 | Consumer affidavits re: proof of age produced by Defendant in this case. | | |
| 37 | Compania La Cervceia filling line and other Compania La Cervceia records produced by Defendants. | | |
| 38 | Constellation Brands, Inc.'s answers to interrogatories and responses to requests to produce in this action. | | |
| 39 | Crown Imports, LLC's answers to interrogatories and responses to request to produce in this case. | | |
| 40 | Sam's Club's answers to interrogatories | | |
| 41 | All documents produced by Defendants in response to discovery. | | |
| 42 | Photographs, video, and diagrams of the Malvaes home where the incident occurred. | | |
| 43 | Spreadsheet of consumer complaints | | |
| 44 | Photographs of remnants of the Corona bottle | | |
| 45 | Prior consumer complaints emails of exploding corona bottles. | | |
| 46 | Crown/Constellation Operations, Warehouse, Distribution, Supply Chain Procedure Manual | | |
| 47 | Photographs of Corona bottle from Defendants inspections. | | |
| 48 | Crown Imports, LLC's responses to requests for production in this action | | |
| 49 | Sam's Club responses to requests for production in this action | | |
| 50 | All other records produced by the Defendants in this case. | | |

4

CASE NO. 13-CIV-24369-COOKE

| | | | |
|---|---|---|---|
| 51 | Blow ups and enlargements of Plaintiff's exhibits listed above | | |
| 52 | Medical illustrations, anatomical models, and diagrams depicting Plaintiff's injuries | | |
| 53 | Impeachment and rebuttal exhibits | | |
| 54 | All exhibits from all depositions of Defendant's corporate representatives in this case. | | |
| 55 | Invoices from Read Consulting, LLC to Wicker Smith dated March 30, 2015 and May 29, 2015 | | |
| 56 | All exhibits from the depositions of Jim Goldman | | |

*s/NICHOLAS I. GERSON*
NICHOLAS I. GERSON, ESQ.
Bar Number: 20899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida
Telephone:  (305) 371-6000
Facsimile:   (305) 371-5749
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2015, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

CASE NO. 13-CIV-24369-COOKE

## **SERVICE LIST**

**Joey Malvaes v. Constellation Brands, Inc., et al.
United States District Court, Southern District of Florida
Case No.: 14-CV-21302-COOKE/TORRES**

| | |
|---|---|
| Philip M. Gerson, Esq.<br>pgerson@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Edward S. Schwartz , Esq.<br>eschwartz@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Nicholas I. Gerson, Esq.<br>ngerson@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff* | Ana Alexander, Esq.<br>miacrtpleadings@wickersmith.com<br>aalexander@wickersmith.com<br>Constantine G. Nickas, Esq.<br>cnickas@wickersmith.com<br>Wicker, Smith, O'Hara ,<br>McCoy & Ford, P.A.<br>2800 Ponce de Leon Blvd.<br>Suite 800<br>Coral Gables, Florida 33134<br>Telephone: (305) 448-3939<br>Facsimile: (305) 441-1745<br>*Attorneys for Defendants* |

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 •Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905
www.injuryattorneyfla.com