76424-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-cv-21302-Cooke/Torres

JOEY MALVAES, a Florida resident,

    Plaintiff,

vs.

CONSTELLATION BRANDS, INC., a Delaware corporation; CROWN IMPORTS, LLC, a Delaware limited liability company; and SAM'S EAST, INC., an Arkansas corporation, d/b/a SAM'S CLUB,

    Defendants.

_____/

## DEFENDANTS' AMENDED EXHIBIT LIST

Defendants, Constellation Brands, Inc., Crown Imports, LLC and Sam's East, Inc., through undersigned counsel and pursuant to this Court's Order Setting Civil Trial and Pretrial Deadlines, hereby file their Amended Exhibit List as follows:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Magistrate Edwin G. Torres | Philip M. Gerson, Esq. Edward S. Schwartz, Esq. Nicholas I. Gerson, Esq. | Constantine G. Nickas, Esq. Ana M. Alexander, Esq. |

| OBJECTIONS TABLE ||||| 
|---|---|---|---|---|
| Authenticity = **A** | Contains Inadmissible Matter = **I** | Relevance = **R** | Hearsay = **H**  Cumulative = **C** | Unduly Prejudicial = **UP** |
| Privileged = **P** | Best Evidence Rule = **BER** | Lack of Proper Foundation = **F** | Inadmissible Summary = **IS** | Rights Reserved = **RR** |

CASE NO. 14-cv-21302-Cooke/Torres

| No: | Description of Exhibit | Objection | Date | Admit | Deny |
|---|---|---|---|---|---|
| 1. | Crown Imports Operations Procedure Manual for Distributors | | 9/2012 | | |
| 2. | Crown Imports Wholesaler Standards | | | | |
| 3. | Crown Imports Warehouse Procedure Manual | | 2013 | | |
| 4. | Constellation Brands Procedure Manual for Distributors (Quality Sections Only) | | 06/2014 | | |
| 5. | Remnants of Corona bottle at issue. | | | | |
| 6. | Pankow & Associates Surveillance Video and Report (rebuttal evidence) | | 02/11/15 | | |
| 7. | Any and all photographs of Plaintiff's injuries. | | | | |
| 8. | Any and all photographs of bottle at issue. | | | | |
| 9. | Thomas L. Read, Ph.D.'s Report (including Curriculum Vitae) | | 03/27/15 | | |
| 10. | Records, reports, diagnostic films, and bills, from Tarik Husain, M.D./MOSA Surgery | | | | |
| 11. | Records, reports, diagnostic films, and bills, from Mercy Hospital | | | | |
| 12. | Records, reports, and bills, from Hands On Therapy Services | | | | |
| 13. | Records, reports and bills, from Elizabeth A. Ouellette, M.D. | | | | |
| 14. | Records, reports, and EMG results from Guillermo A. Martinez, M.D./Miami Neurology & Rehabilitation Specialists | | | | |
| 15. | Health Insurance Claim Forms produced by Rubinstein Law in response to Defendants' subpoena duces tecum. | | | | |
| 16. | Allstate Fire and Casualty Insurance Company Policy and Claims Information produced by Rubinstein Law in response to Defendants' subpoena duces tecum. | | | | |

CASE NO. 14-cv-21302-Cooke/Torres

| 17. | Medical Records and Bills produced by Rubinstein Law in response to Defendants' subpoena duces tecum | | | | |
|---|---|---|---|---|---|
| 18. | Detailed bottle drawing for the standard 12 Ounce long neck bottle (translated) | | 10/08/07 | | |
| 19. | SOP from NAVA: Elaboracion, Verificacion y Calibracion de Botellas Patron. | | | | |
| 20. | SOP from NAVA: Envasado en lineas de botella. | | | | |
| 21. | SOP from NAVA: Proceso - Ejecutar Produccion, Envasado de Cerveza en Botella. (translated) | | | | |
| 22. | SOP from NAVA: Llenado y Coronado. | | | | |
| 23. | SOP from NAVA: Inspecciones y Monitoreos en Lineas del Envasado. | | | | |
| 24. | SOP from NAVA: Producto Apartado para Inspeccion y Producto No Conforme. (translated) | | | | |
| 25. | SOP from NAVA: Inspeccion de Botella Nueva. (translated) | | 01/22/13 | | |
| 26. | SOP from NAVA: Determinaciones en Llenadoras. | | | | |
| 27. | SOP from NAVA: Inspeccion de Producto Terminado. | | | | |
| 28. | SOP from NAVA: Condiciones de Operacion en Pasteurizadores. | | | | |
| 29. | SOP from NAVA: Verificaciones del Funcionamiento de Inspectores Electronicos. | | | | |
| 30. | SOP from NAVA: Determinaciones en Enjuagadoras. | | | | |
| 31. | Nava Production: Tasa de Rotura (translated) | | | | |
| 32. | Standard Test Methods for Internal Pressure Strength of Glass Containers. | | | | |
| 33. | Proveedores de Botella/Especificaciones (translated) | | | | |
| 34. | Article – Failure Analysis of Brittle Material – Advances in Ceramics, | | | | |

CASE NO. 14-cv-21302-Cooke/Torres

|     |                                                                                                                                              |     |     |     |     |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------- | --- | --- | --- | --- |
|     | Volume 28.                                                                                                                                   |     |     |     |     |
| 35. | Article – Analysis of Glass Fractures                                                                                                        |     |     |     |     |
| 36. | Age affidavits and copies of checks mailed to consumers produced in discovery and discussed at Mark McMillan's deposition.                   |     |     |     |     |
| 37. | Any social media pages which contain photographs and/or video of Plaintiff.                                                                  |     |     |     |     |
| 38. | Deposition Exhibits for Fernando Cuervo taken on 02/26/15                                                                                    |     |     |     |     |
| 39. | Deposition Exhibits for Mark McMillan taken on 03/11/15                                                                                      |     |     |     |     |
| 40. | Deposition Exhibits for Jim Goldman taken on 3/18/15 and 7/29/15                                                                             |     |     |     |     |
| 41. | All employment records, W-2s, wage records, and all documents concerning employment history of the Plaintiff.                                |     |     |     |     |
| 42. | All parties' answers to interrogatories and responses to requests to produce in this case and all documents produced therewith.              |     |     |     |     |
| 43. | Demonstrative evidence to facilitate witnesses' testimony, including photographs/video of the Nava Brewery, charts, and documents.           |     |     |     |     |
| 44. | Blow ups and enlargements of Defendants' exhibits.                                                                                           |     |     |     |     |
| 45. | Impeachment and rebuttal exhibits.                                                                                                           |     |     |     |     |

Dated: August 20, 2015.

CASE NO. 14-cv-21302-Cooke/Torres

Respectfully submitted,

/s/
Constantine G. Nickas, Esquire (866954)
cnickas@wickersmith.com
Ana M. Alexander, Esquire (872490)
AAlexander@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
Attorneys for Defendants
2800 Ponce de Leon Boulevard, Suite 800
Coral Gables, FL  33134
Telephone:     (305) 448-3939
Facsimile:      (305) 441-1745

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on August 20, 2015, on all counsel or parties of record on the Service List below.

/s/
Ana M. Alexander, Esquire

## SERVICE LIST

Philip M. Gerson
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL  33145
Telephone:     (305) 371-6000
Facsimile:      (305) 371-5749
pgerson@gslawusa.com, eschwartz@gslawusa.com, zdiaz@gslawusa.com
smontenegro@gslawusa.com