UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21302-COOKE/TORRES

JOEY MALVAES,

    Plaintiff,

vs.

CONSTELLATION BRANDS, INC.,
a Delaware corporation,
CROWN IMPORTS, LLC,
a Delaware limited liability company,
and SAM'S EAST, INC.,
an Arkansas corporation d/b/a
SAM'S CLUB,

    Defendants.
_____/

## AMENDMENT TO PLAINTIFF'S TRIAL EXHIBITS

Plaintiff, JOEY MALVAES, through undersigned counsel and pursuant to this Court's Order Setting Civil Trial and Pretrial Deadlines [DE 27], hereby files his Amended Trial Exhibit List as follows:

### INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| A. | Authenticity | UP. | Prejudice outweighs probative |
| I. | Contains Inadmissible Matter | P. | Privileged |
| R. | Relevancy | N. | No Objection |
| H. | Hearsay | S. | Subsequent Remedial Measures |
| C. | Rule 403-Cumulative | R26 | Not properly disclosed under Fed.R.Civ.P.26 |

CASE NO. 13-CIV-24369-COOKE

| No. | Description | Objections | Admitted |
|---|---|---|---|
| 57. | Bills from Elizabeth Ann Ouellette, MD | | |

*s/NICHOLAS I. GERSON*
NICHOLAS I. GERSON, ESQ.
Bar Number: 20899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida
Telephone:  (305) 371-6000
Facsimile:   (305) 371-5749
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CASE NO. 13-CIV-24369-COOKE

## SERVICE LIST

**Joey Malvaes v. Constellation Brands, Inc., et al.**
**United States District Court, Southern District of Florida**
**Case No.: 14-CV-21302-COOKE/TORRES**

| | |
|---|---|
| Philip M. Gerson, Esq.<br>pgerson@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Edward S. Schwartz , Esq.<br>eschwartz@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff*<br><br>Nicholas I. Gerson, Esq.<br>ngerson@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>*Attorneys for Plaintiff* | Ana Alexander, Esq.<br>miacrtpleadings@wickersmith.com<br>aalexander@wickersmith.com<br>Constantine G. Nickas, Esq.<br>cnickas@wickersmith.com<br>Wicker, Smith, O'Hara ,<br>McCoy & Ford, P.A.<br>2800 Ponce de Leon Blvd.<br>Suite 800<br>Coral Gables, Florida 33134<br>Telephone: (305) 448-3939<br>Facsimile: (305) 441-1745<br>*Attorneys for Defendants* |