**4CIVIL MINUTES/CALENDAR**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES**
James Lawrence King Federal Justice Building – 10th Floor – Courtroom 5

November 5, 2015 – 8:30 a.m. – 6:00 p.m.

Clerk:   Maedon Clark                                           Court Reporter:   Tammy Nestor

14-21302-CV-TORRES

**JOEY MALVAES**
*Philip Gerson, Esquire*
*Nicholas Gerson, Esquire*
*Edward Schwartz, Esquire*
*vs*

**CONSTELLATION BRANDS, INC.**
**CROWN IMPORTS, LLC**
**SAM'S EAST, INC.**
*Ana Alexander, Esquire*
*Constantine Nickas, Esquire*
*Joetta King, Company Representative*

| | |
|---|---|
| REASON FOR HEARING | ***CIVIL JURY TRIAL (Day 4)*** |
| RESULT OF HEARING | Motion hearings held. |

Plaintiff exhibits 1-10, 15, 16a, 21, 62 admitted
Plaintiff reads mortality table
Plaintiff shows 2 videos
**<u>PLAINTIFF RESTS</u>**

Defendant calls Fernando Cuervo Cazurra
    Defense Exhibit 43 marked
    Defense Exhibits 33, 24, 25 admitted
Cross Examination
Redirect

Defendant calls Mark Andrew McMillan

Defendant calls Thomas Lawrence Read
    Defense Exhibit 8 admitted
Cross Examination
    Plaintiff Exhibits 63, 64 marked
Redirect

### *DEFENSE RESTS*

Plaintiff's Motions for Directed Verdict

Charge Conference

**TRIAL TO RESUME ON 11/6/15 @ 9:00 a.m. for Closing Arguments**